# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JERMAINE D. DOSS,<br><br>          Plaintiff,<br><br>     v.<br><br>TOM HEYMAN, et al.,<br><br>          Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-1695 TSZ |

___     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation, docket no. 4, is ADOPTED. Plaintiff's motion for dismissal without prejudice, docket no. 5, is DENIED in part as to his claim under 42 U.S.C. § 1983 against defendant Tom Heyman, which is hereby DISMISSED with prejudice, and GRANTED in part as to future claims under appropriate product liability or consumer protection laws, which are not precluded by this judgment.

Dated this 7th day of December, 2016.

                                                        William M. McCool
                                                        Clerk

                                                        s/Karen Dews
                                                        Deputy Clerk